IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MARVEL MARTIN, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Case No. 6:23-cv-536-JDK | |
| § | | |
| NATIONWIDE CAPITAL SERVICES, § | | |
| LLC, et al., § | | |
| § | | |
| Defendants. § | | |
| § | | |

**ORDER DISMISSING CLAIMS AS TO NATIONWIDE CAPITAL**

Before the Court is Plaintiff Marvel Martin's notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Docket No. 8. Rule 41(a)(1)(A)(i) only allows dismissal without a court order if the opposing party has not yet served an answer or summary judgment motion or on a stipulation of dismissal signed by all parties who have appeared. Because Defendant Trans Union, LLC has filed an answer (Docket No. 6) and did not sign the voluntary dismissal, Rule 41(a)(1)(A)(i) does not apply.

Pursuant to Plaintiff's request, the Court **DISMISSES** all pending claims in this matter as to Defendant Nationwide Capital Services with prejudice. Plaintiff's claims as to Defendant Trans Union remain pending.

**Signed this**

**Feb 12, 2024**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE